IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18CR032 |
| v. | : | JUDGE THOMAS M. ROSE |
| TAWNNEY M. CALDWELL (2) aka TAWNNEY THOMAS | : | ORDER AUTHORIZING THE UNITED STATES TO PROVIDE DEFENSE COUNSEL A COPY OF THE SEALED SUPPORTING AFFIDAVIT TO CRIMINAL COMPLAINT WITH LIMITED DISSEMINATION |
| CHANCE P. DEAKIN (3) | : | |
| CHRISTOPHER C. ROBERTS (4) | : | |
| JAMES T. HARMON (5) | : | |
| CHANDRA D. HARMON (6) | : | |

Upon Motion of the United States and for good cause shown, the United States is hereby authorized to provide Christian Cavalier and Jon P. Rion counsel for defendant TAWNNEY M. CALDWELL, Steven Justice counsel for defendant CHANCE P. DEAKIN, Aaron G. Durden counsel for defendant CHRISTOPHER C. ROBERTS, Michael Monta counsel for defendant JAMES T. HARMON and Timothy E. Schneider counsel for defendant CHANDRA D. HARMON, a copy of the sealed Supporting Affidavit to Criminal Complaint without further dissemination of the contents or hard copy of the documents other than orally to their respective clients. Further, the Supporting Affidavit shall remain under seal in its entirety until such time as ordered by the Court.

4-25-18
DATE

JUDGE THOMAS M. ROSE
UNITED STATES DISTRICT COURT