IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 3:18-CR-00032-TMR-2 |
| ) | |
| Plaintiff, ) | |
| ) | HONORABLE THOMAS M. ROSE |
| -vs- ) | |
| ) | |
| TAWNNEY M. CALDWELL, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO FILE DOCUMENTS RELATED TO COURT ORDERS FOR REQUESTED RECORDS
*EX PARTE* AND UNDER SEAL**

Now comes the defendant, Tawnney M. Caldwell, by and through undersigned counsel, and respectfully moves this Court for an order authorizing the defense to file documents related to court orders for requested records *ex parte* and under seal.

Ms. Caldwell is an indigent defendant charged with Capital Murder. As such, she has been appointed counsel and granted the ability – pursuant to the various rules and regulations promulgated by the Sixth Circuit – to obtain records and documents fo mitigation purposes, including the investigation of mitigation.

As such, Ms. Caldwell prays this Honorable Court issue an order, authorizing her counsel to file documents related to court orders for requested records *ex parte* and under seal.

Respectfully submitted,

S/Jon Paul Rion
Jon Paul Rion (OH 0067020)
Rion, Rion & Rion, L.P.A., INC.
130 West Second Street, Suite 2150
PO Box 10126, Suite 2150
(937) 223-9133
(937) 223-7540 (fax)
Info@RionLaw.com

S/ David L. Doughten
David L. Doughten (OH 0002847)
4403 St. Clair Ave.
Cleveland, OH 44103
(216) 361-1112
(216) 881-3928 Fax
ddoughten@yahoo.com

ATTORNEYS FOR DEFENDANT TAWNNEY C. CALDWELL

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2019, a true copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

                                                 S/Jon Paul Rion
                                                 JON PAUL RION

                                         Counsel for Defendant Caldwell