**PLEA ON INDICTMENT**     Date: **10/30/20**

CASE CAPTION: **USA v. Tawney Caldwell**   CASE NUMBER: **3:19-cr-144**

Pltf's Attorney: **Amy Smith / Laura Clemmens**
Deft's. Attorney: **Jon Paul Rion / David Doughten**

| | |
|---|---|
| **X** | Defendant appeared with counsel. |
| | Interpreter __ appeared and sworn. |
| **X** | Defendant sentencing guidelines range discussed and Defendant states she understood possible sentence. |
| **X** | Guideline levels states as Level **42/I** . |
| **X** | Defendant's constitutional rights explained and Defendant stated she understood rights. |
| **X** | Defendant waived constitutional rights. |
| **X** | Plea agreement **stipulated to, each page initialed, and document signed by both counsel and the defendant** . |
| **X** | Plea agreement accepted by Court and made a permanent part of the record. |
| **X** | Statement of Facts summarization read into record by **AUSA** . |
| **X** | Defendant acknowledged accuracy of Statement of Facts including summarization. |
| **X** | Defendant entered plea of **guilty** to Count(s) **3** . |
| **X** | Plea accepted and made a permanent part of the record. |
| **X** | Defendant referred to Probation Department for Presentence Investigation (PSI). |
| | Other: |
| | Bond Conditions: |
| **X** | Other: **Sentencing Hearing set for February 12, 2021 at 9:30 am** |

COURT REPORTER:   **Mary Schweinhagen**          CONVENE: **10:35 am**

DEPUTY CLERK:   **Liz Penski**          RECESS: **11:35 am**