UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | CASE NO. **3:18-CR-032(2)** |
| Plaintiff, | : | **JUDGE THOMAS M. ROSE** |
| v. | : | **NOTICE** |
| **TAWNNEY CALDWELL**, | : | |
| Defendant. | : | |

Comes now the United States, by and through undersigned counsel, and hereby provides notice to this Court and counsel for defendant that one or more individuals will be providing a victim impact statement pursuant to 18 U.S.C. § 3771(a)(4) at defendant's sentencing hearing. Further, one or more of the individuals will be providing their respective victim impact statement through a recorded video in lieu of making an in-person statement.

Respectfully submitted,

VIPAL J. PATEL
Acting United States Attorney

*s/Amy M. Smith*
AMY M. SMITH (0081712)
Assistant United States Attorney
200 West Second Street, Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Amy.Smith2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was delivered via the court's electronic filing system on this 23rd day of April, 2021, to Jon P. Rion, Esq. and David L. Doughten, Esq., counsel for defendant as well as the Court.

*s/Amy M. Smith*
AMY M. SMITH (0081712)
Assistant United States Attorney